1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7   Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
12  WEEDA MOJADEDI, OMID MOJADEDI        )
                                         )   No. C 08-1648 WHA
            Plaintiffs,                   )
13                                        )
                                          )
        v.                                )
14                                        )
    MICHAEL MUKASEY, Attorney General     )   **STIPULATION TO EXTEND DATE OF**
15  of the United States; MICHAEL CHERTOFF, )  **CASE MANAGEMENT CONFERENCE;**
    Secretary of the Department of Homeland )  **AND [PROPOSED] ORDER**
16  Security; ROBERT S. MULLER, III, Director )
    Federal Bureau of Investigation,      )
17                                        )
            Defendants.                    )
18  ──────────────────────────────────────

19      The plaintiffs, by and through their attorneys of record, and defendants, by and through their

20  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

21  case management conference in this matter, currently scheduled for July 24, 2008, for thirty days

22  in light of the fact that the parties are actively exploring ways of resolving this case

23  administratively.  Specifically, the defendants are attempting to provide the plaintiffs with

24  evidence that a consular officer has refused the visa that is the subject of this case.

25      If this case is administratively resolved within the next 30 days, the parties will submit a

26  stipulation to dismiss.  If the case is not administratively resolved within the next 30 days, the

27  parties will submit a joint case management statement at least 7 days in advance of the re-

28  scheduled case management conference.

STIPULATION TO EXTEND
C 08-1648-WHA

1   Dated: July 17, 2008                    Respectfully submitted,

2                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
3

4                                                   /s/
5                                           EDWARD A. OLSEN
                                            Assistant United States Attorney
6                                           Attorneys for Defendants

7   Dated: July 17, 2008                            /s/
8                                           SHAH PEERALLY
                                            Attorney for Plaintiffs
9

10                                     **ORDER**

11  Pursuant to stipulation, IT IS SO ORDERED.  The case management conference is continued to
12  August 21, 2008, at 11:00 a.m.  Please file a joint statement at least seven days prior.

13
    Dated: July _28_ , 2008                   _____
14                                          WILLIAM ALSUP
15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND
C 08-1648-WHA