```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-6915
 6      FAX: (415) 436-6927

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEEDA MOJADEDI, OMID MOJADEDI ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MUKASEY, Attorney General ) <br> of the United States; MICHAEL CHERTOFF, ) <br> Secretary of the Department of Homeland ) <br> Security; ROBERT S. MULLER, III, Director ) <br> Federal Bureau of Investigation, ) <br> ) <br> Defendants. ) | No. C 08-1648 WHA <br><br> **STIPULATION TO DISMISS; AND** <br> ~~**[PROPOSED]**~~ **ORDER** |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the defendants have refused the visa that is the subject of this case.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-1648-WHA

1
2
3
4  Dated: August 12, 2008                              Respectfully submitted,
5                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
6
7
                                                      /s/
8                                                     EDWARD A. OLSEN
                                                      Assistant United States Attorney
9                                                     Attorneys for Defendants
10
   Dated:   August 12, 2008                            /s/
11                                                    ERICH KEEFE
                                                      Attorney for Plaintiffs
12
13
                                   **ORDER**
14
       Pursuant to stipulation, IT IS SO ORDERED.
15
16
   Dated: August __18__, 2008                         _____
17                                                    WILLIAM ALSUP
                                                      United States District Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS
C 08-1648-WHA